## CITY OF ARDMORE et al. v. FRALEY et al.

No. 8358—Opinion Filed Dec. 19, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 684.)

**Municipal Corporations—Assessments for Street Improvement—Injunction.**

Reversed on authority of the City of Ardmore et al. v. Appollos et al., 62 Okla. 232, 162 Pac. 211.

(Syllabus by Rummons, C.)

Error from District Court, Carter County; W. F. Freeman, Judge.

Proceeding against the City of Ardmore, Okla., L. V. Mullen, Mayor, and others, by C. E. Fraley and others. Judgment for Fraley and others, and the City and others bring error. Reversed, with instructions.

Wm. G. Davisson, Russell Brown, and Tibbetts & Green, for plaintiffs in error.

G. A. Paul and Harold Lee, for defendants in error.

Opinion by RUMMONS, C. The facts and the relief prayed for in this cause are identical with the City of Ardmore et al. v. Appollos et al., 62 Okla. 232, 162 Pac. 211. The causes were submitted together in this court and orally argued as one cause. Upon the authority of the City of Ardmore et al. v. Appollos, supra, the judgment of the trial court in the instant case is reversed, with instructions to proceed in conformity with the views expressed in the case of the City of Ardmore et al. v. Appollos et al., supra.

By the Court: It is so ordered.